IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KENNETH SHELTON,** | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) Case No. 04-653-GPM |
| **MICHEL WILLIAMS,** | ) |
| **CHRISTINE BROWN, DEAN BLADES,** | ) |
| **JOHN EVANS, JULIUS FLAGG,** | ) |
| **and D. NEAL,** | ) |
| **Defendants.** | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is a letter from plaintiff, which the Court construes as a Motion for Transfer to Another Institution. **(Doc. 8)**.

Plaintiff is incarcerated at Pinckneyville Correctional Center. He lists several complaints about the health care being provided to him, which is the subject of his lawsuit. He wants the Court to order him transferred to Dixon Correctional Center, where he believes he will get better treatment.

There are several reasons why the Court cannot grant the motion. The defendants have not even been served yet. The Court cannot simply accept plaintiff's assertion that his constitutional rights are being violated, and grant him, in effect, injunctive relief. He has not demonstrated that he is entitled to relief. Further, the Department of Corrections is not a party to this lawsuit, and is not subject to the Court's jurisdiction. And, in any event, plaintiff has no right to be housed at any particular institution. ***Whitford v. Boglino*, 63 F.3d 527, 533 (7th Cir. 1995).**

For the foregoing reasons, plaintiff's Motion for Transfer to Another Institution (Doc. 8) is **DENIED**.

**IT IS SO ORDERED.**

**DATED: May 25, 2005.**

              <u>**s/ Clifford J. Proud**</u>
              **CLIFFORD J. PROUD**
              **U.S. MAGISTRATE JUDGE**