IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **KENNETH SHELTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No.  04-653-GPM** |
| **MICHEL WILLIAMS,** | ) | |
| **CHRISTINE BROWN, DEAN BLADES,** | ) | |
| **JOHN EVANS, JULIUS FLAGG,** | ) | |
| **and D. NEAL,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

**PROUD, Magistrate Judge:**

This matter is before the Court for purposes of docket control.

Plaintiff recently mailed to the Court a cassette tape containing a recorded message.  He

followed that up with a letter, dated July 21, 2005, a copy of which is attached hereto.

This Court's local rules require that all pleadings "shall be in writing, signed, and

verified."  **SDIL-LR 8.1(b)**.  The Court cannot accept a pleading in the form of a cassette tape

recording.  **Therefore, the Court directs the Clerk of Court to return the tape to plaintiff**.

**IT IS SO ORDERED.**

**DATE: July 29, 2005.**


**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**