IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNETH SHELTON, | ) |
| Plaintiff, | ) |
| -vs- | )  NO. 04-653-CJP |
| MICHAEL WILLIAMS, CHRISTIEN, BROWN, DEAN BLADES, JOHN EVANS, WILBER PURSELL, JULIUS FLAGG, and DOUGLAS NEAL, | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

Defendant **WILBER PURSELL** was dismissed on May 16, 2005 by an Order entered by United States Chief District Judge G. Patrick Murphy (Doc. 9).

Defendants **MICHAEL WILLIAMS, CHRISTIEN BROWN, DEAN BLADES, JOHN EVANS**, and **JULIUS FLAGG** were granted summary judgement on March 9, 2007 by an Order entered by United States Chief Judge G. Patrick Murphy (Doc. 48).

The remaining issues came before this Court for bench trial.  The Court granted Defendant Neal's Motion for Judgment as a Matter of Law.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of **MICHAEL WILLIAMS, CHRISTIEN BROWN, DEAN BLADES, JOHN EVANS**, and **WILBER PURSELL, JULIUS FLAGG** and **DOUGLAS NEAL** and against plaintiff **KENNETH SHELTON.**

Plaintiff shall take nothing from this action.

**DATED** this   27th day of August, 2007

                                        **NORBERT G. JAWORSKI, CLERK**

                                        **BY: S/ Angela Vehlewald**
                                               **Deputy Clerk**

**Approved by**   **S/ Clifford J. Proud**
                **United States Magistrate Judge**
                      **Clifford J. Proud**